IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-2296-WYD-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2005 FORD F-150 SUPERCREW XLT,
VIN 1FTPW14545KE80841

    Defendant,

FRANK M. SHINO, JR.,

    Claimaint,

---

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

---

THIS MATTER is before the Court on United States' Motion to Dismiss the Action (ECF No. 24), filed on February 19, 2016, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  The Court having reviewed the Motion finds:

THAT the United States of America filed its Verified Complaint for Forfeiture In Rem, pursuant to the civil forfeiture provisions of 21 U.S.C. § 881;

THAT the United States has resolved all issues with regards to the defendant property with Claimant Frank Shino;

THAT the United States seeks voluntary dismissal of the above-entitled action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure without prejudice; and

THAT pursuant to 28 U.S.C. § 2465, there was reasonable cause for instituting

this action against defendant property. Accordingly, it is

ORDERED that the United States' motion (ECF No. 24) is **GRANTED**, this action is **dismissed without prejudice**, and a Certificate of Reasonable Cause, which this Order constitutes, is **GRANTED** pursuant to 28 U.S.C. § 2465.

Dated: February 24, 2016.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge